GRIFFIN TECHNOLOGY, INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Otter Products, LLC (doing business as Otterbox), Intervenor.

No. 2013–1230.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2013.

Terry L. Clark, Bass, Berry & Sims, PLC, of Washington, DC, argued for appellant.

Panyin A. Hughes, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were PAUL R. BARDOS, Acting General Counsel, and Sidney A. Rosenweig, Acting Assistant General Counsel. Of counsel was Wayne W. Herrington, Attorney.

Louis S. Mastriani, Adduci, Mastriani & Schaumberg, L.L.P., of Washington, DC, argued for intervenor. With him on the brief were Daniel F. Smith and Evan H. Langdon.

O'MALLEY, WALLACH, and TARANTO, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.